IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. MARQUESS, et. al.  : CIVIL ACTION
:
   v.  :
:
PENNSYLVANIA STATE EMPLOYEES  :
CREDIT UNION  : NO. 09-4256

ORDER OF JUDGMENT

AND NOW, this 31st day of August, 2010, following a bench trial which took place before the undersigned on July 13, 2010, and in accordance with my Findings of Fact and Conclusions of Law, filed on this date, I hereby:

(1) FIND IN FAVOR OF PLAINTIFF JASON MARQUESS on his claim under the Electronic Funds Transfer Act, 15 U.S.C. § 1693 *et seq*. and ENTER JUDGMENT AGAINST DEFENDANT PSECU in the amount of $77,607.51, representing treble his actual damages; and it is further ORDERED that

(2) Defendant shall pay to plaintiff Jason Marquess costs and a reasonable attorney's fee under 15 U.S.C. § 1693m.

(3) Plaintiff Jason Marquess shall submit a petition for costs and a reasonable attorney's fee on or before Monday, September 13, 2010. Defendant PSECU may respond to this petition on or before Monday, September 27, 2010.

(4) On all other counts in the above-captioned case I NOW ENTER JUDGMENT IN FAVOR OF DEFENDANT PSECU.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE